# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 12-358 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| AARON TRAVIS BEAIRD, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:   Wire Fraud

<u>Date of Detention Hearing</u>:   July 9, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with knowingly devising a scheme to

DETENTION ORDER
PAGE -1

defraud investors by selling insurance products to clients and misappropriating the premium payments or submitting false claims. The AUSA alleges losses by alleged victims in excess of $2.0 million.

2. Defendant is alleged to have attempted to falsify evidence of his suicide after being confronted by investigators, and fleeing to Scotland. He was arrested at SeaTac airport upon his return. Some evidence of unaccounted-for funds is proffered by the AUSA.

3. Defendant poses a risk of nonappearance due to some discrepant information regarding international travel, a history of recent international travel, family ties in a foreign country, and the circumstances and details surrounding the current charges. Defendant poses a risk of financial danger due to the nature of the current charges, and a possible risk of danger to himself due to alleged threats or ideation of suicide.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

01     the defendant to a United States Marshal for the purpose of an appearance in connection

02     with a court proceeding; and

03 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04     for the defendant, to the United States Marshal, and to the United State Pretrial Services

05     Officer.

06 DATED this 9th day of July, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3